# JEKIELEK & JANIS LLP
### ATTORNEYS AND COUNSELORS AT LAW
www.jj-lawyers.com

**New York City Office**
153 West 27th Street, Ste. 204, New York, NY 10001
Phone: 212-686-7008 • Fax: 646-657-3265

**Philadelphia Area Office**
406 E. Pennsylvania Boulevard, Feasterville, PA 19053
Phone: 215-396-2727 • Fax: 267-386-2167

Jon D. Jekielek (jon@jj-lawyers.com)
*Admitted in New York*
**Reply to New York City Office**

<u>Via Email with Permission</u>

September 27, 2013

Hon. Katherine B. Forrest
United States Magistrate Judge
United States Court House
500 Pearl Street,
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 3 0 2013
```

      Re:    **J&N Records, LLC v. Planet Records et al.**
            **12CV7265 (TPG) (ECF Case)**

Dear Judge Forest:

      This office represents the plaintiff J&N Records, LLC ("Plaintiff") in connection with the above-referenced action. This letter is written to respectfully request an adjournment of the conference currently scheduled for October 8, 2013 at 2:30pm before Your Honor. This is the first request for an adjournment of the conference.

      The Defendants' attorney has consented to the adjournment of the conference to October 14, 2013 or October 15, 2013 or to be held on a date convenient for the Court. We have requested the adjournment of the conference because we have a deposition scheduled for October 8, 2013 in connection with a different matter before Judge Castel in the Southern District of New York, discovery in that matter closes on October 11, 2013 and the party being deposed is only available on October 8, 2013 for a deposition.

      Therefore, based on the foregoing, the Plaintiff respectfully requests the Court adjourn the conference in this matter. Should Your Honor require any additional information, I can be reached at the telephone number listed herein.

                                          Respectfully submitted,

                                          /s/

                                          Jon D. Jekielek

Cc:    Lydia Ferrarese, Esq. (Via E-Mail)
        *Attorney for Defendants*

*[Handwritten annotation:]* Ordered — Adjourned to 10/18/13 at 4pm. 9/30/13 — K. B. Forrest, USDJ