UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J&N RECORDS, LLC,

        Plaintiff,

        -v-

PLANET RECORDS, a Division of Ferrante
Productions, S.R.L., et al.,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 18 2013

12 Civ. 7265 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    It is hereby ORDERED that the initial pretrial conference scheduled for October 18, 2013 is adjourned to **October 25, 2013 at 9:00 a.m.**

    SO ORDERED.

Dated:    New York, New York
           October 18, 2013

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge