UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

J&N RECORDS, LLC,                        Case No. 12-CV-7265
                        Plaintiff,

       -against-

PLANET RECORDS, et al.      Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Lydia Ferrarese**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LF - 8880      My State Bar Number is 4349999

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Grant & Eisenhofer P.A.
            FIRM ADDRESS: 485 Lexington Ave., 29th Fl., New York, NY 10017
            FIRM TELEPHONE NUMBER: (646) 722-8530
            FIRM FAX NUMBER: (646) 722-8501

NEW FIRM:   FIRM NAME: Herzfeld & Rubin, P.C.
            FIRM ADDRESS: 125 Broad Street, 12th Floor, New York, NY 10004
            FIRM TELEPHONE NUMBER: (212) 471-8500
            FIRM FAX NUMBER: (212) 344-3333

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 1/6/2014

_____
ATTORNEY'S SIGNATURE