

# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Mark A. Weissman
mweissman@herzfeld-rubin.com
Direct Dial (212) 471-8503

April 1, 2014

Via ECF

Hon. Katherine B. Forrest
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 2 2014
```

Re:   **J&N Records, LLC v. Planet Records et al.**
      **12-CV-7265 (KBF) (ECF Case)**

Dear Judge Forrest:

We are counsel to the Defendant and write jointly with Plaintiff to request an extension of the discovery cutoff date from April 1, 2014 to April 8, 2014 for the limited purpose of giving Defendant sufficient time to respond to two of Plaintiff's outstanding discovery requests.

In lieu of Plaintiff taking the deposition of Roberto Ferrante, who resides in Italy, the parties stipulated on March 5, 2014 that Plaintiff would serve Interrogatories on Defendant pursuant to Fed. R. Civ. P. 33. Plaintiff originally served its Interrogatories on March 7, 2014. Shortly thereafter Plaintiff asked to serve amended interrogatories to which Defendant consented. Plaintiff served its amended Interrogatories on Wednesday, March 26, 2014. On the same day, Plaintiff also identified five categories of documents that Plaintiff believes to be missing from Defendant's document production.

Other than these two limited exceptions, the parties will have completed all discovery in this case on April 1, 2014, including the exchange of documents and the depositions of five (5) witnesses. The parties do not anticipate that the requested one week extension, if granted, will affect any other scheduled deadlines or appearances in this case including the upcoming conference on April 3, 2014.

We thank the Court for its consideration.

Respectfully submitted,

Mark A. Weissman

MAW/ac
cc: Jon D. Jekielek

*Handwritten note:* Ordered. Application granted. All other dates remain.
4/1/14   K. B. Forrest USDJ

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE. SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-3231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7, STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460