```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J&N RECORDS, LLC,

        Plaintiff,

        -v-

PLANET RECORDS, a Division of Ferrante
Productions, S.R.L., et al.,

        Defendants.

------------------------------------------------------------X

12 Civ. 7265 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    As stated during the April 3, 2014 status conference, the parties shall write to the Court by **Thursday, April 10, 2014**, to inform the Court of (1) whether they intend to proceed by bench trial and (2) their views as to whether the Court is divested of subject matter jurisdiction.

    If the parties decide to move for summary judgment, then they shall file opening briefs by **Monday, May 5, 2014**, oppositions by **Wednesday, May 21, 2014**, and replies by **Wednesday, May 28, 2014**.

    SO ORDERED.

Dated:    New York, New York
            April 3, 2014

                                                  _____
                                                       KATHERINE B. FORREST
                                                       United States District Judge